PETERS, J.
 

 For the reasons assigned in
 
 Jones v. Centerpoint Energy Entex,
 
 11-2 (La.App. 3 Cir. 5/25/11), 66 So.3d 539, we affirm the trial court judgment in favor of Dai’Jhnea Joseph, Steven Joseph, and Constance Joseph in all respects. We assess all costs of this appeal to the defendants, Centerpoint Energy Entex; Centerpoint Energy Resources Corporation; Centerpoint Energy Marketing, Inc.; Entex Gas Resources Corporation; Centerpoint Energy Gas Services, Inc.; Centerpoint Energy Gas Transmission Company; and Reliant Energy Resources Corporation.
 

 AFFIRMED.